UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| HUGO HERNANDEZ, #39741 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-07-459 |
| | § | |
| STATE OF TEXAS, | § | |

**O R D E R**

On or about September 4, 2007, this Court received a "Petition for Writ of Habeas Corpus" filed by Petitioner, **Hugo Hernandez**. Petitioner claimed indigence and filed a certified copy of his inmate trust fund account with this Court. Having reviewed Petitioner's trust fund account statement, the Court finds that Petitioner's Application to proceed In Forma Pauperis (Instrument no. 4) should be, and it is hereby, **GRANTED** and the Clerk of Court **SHALL** file the Petition without payment of fees or costs.

It is, therefore, **ORDERED** that all further proceedings are **STAYED** until the Court completes its preliminary consideration of the Petitioner's petition pursuant to Rules 2, 3 and 4 of the "Rules Governing Section 2254 Cases in the United States District Courts." **PETITIONER SHALL FILE NO MOTIONS OR PLEADINGS AND SHALL CONDUCT NO DISCOVERY UNTIL AUTHORIZED BY THE COURT.**

Petitioner shall notify the Court of any change of address by filing a written notice of change of address with the Clerk; **FAILURE TO FILE SUCH NOTICE MAY RESULT IN THIS CASE BEING DISMISSED FOR WANT OF PROSECUTION.**

**DONE** at Galveston, Texas, this _____9th_____ day of October, 2007.

_____
John R. Froeschner
United States Magistrate Judge